# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:12 CV 282

| | |
|---|---|
| MERICHEM COMPANY, )<br>)<br>    Plaintiff )<br>)<br>V )<br>)<br>GERALD DAVIS and SUMMIT )<br>CATALYST, LLC, )<br>)<br>    Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Paul J. Peralta's Application for Admission to Practice *Pro Hac Vice* of Dean J. Schaner. It appearing that Dean J. Schaner is a member in good standing with the Texas State Bar and will be appearing with Paul J. Peralta, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Paul J. Peralta's Application for Admission to Practice *Pro Hac Vice* (#10) of Dean J. Schaner is **GRANTED**, and that Dean J. Schaner is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Paul J. Peralta.

Signed: September 13, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge