THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv282

| | |
|---|---|
| MERICHEM COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| GERALD DAVIS and SUMMIT ) | |
| CATALYST, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Leave to Take Expedited Discovery [Doc. 4].

The parties have agreed that the motion should be granted, and have communicated to the Court the terms of their agreement.

Accordingly, in accordance with the parties' agreement, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Leave to Take Expedited Discovery [Doc. 4] is **GRANTED** as follows:

1. The Defendants shall respond to and produce documents and things responsive to the Plaintiff's document requests ("Requests") within twenty-one (21) days after the entry date of this Order; and

2. The Plaintiff may, within fourteen (14) business days after receiving the Defendants' responses to the Plaintiff's Requests, depose the following persons: (a) the Defendant, Gerald Davis; (b) the Summit Catalyst corporate representative(s) as designated under Fed. R. Civ. P. 30(b)(6); (c) any third parties having knowledge of facts relevant to the Plaintiff's motion for preliminary injunction, such deposition(s) to be noticed by subpoena and subject to agreement of the parties; and (d) Barry Kostiner, Summit CFO.

3. The parties may expand the scope of expedited discovery in this case by agreement without seeking further Order of the Court.

**IT IS SO ORDERED.**

Signed: October 10, 2012

Martin Reidinger
United States District Judge