THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv282

| | |
|---|---|
| **MERICHEM COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **GERALD DAVIS and SUMMIT** ) | |
| **CATALYST, LLC,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Place Documents Under Seal [Doc. 6]. The Defendants have consented to the Plaintiff's Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Place Documents Under Seal [Doc. 6] is **GRANTED**, and the Declarations of Dr. Tony Zhang and Dennis J. Bellville filed in support of the Plaintiff's Motion for Preliminary Injunction shall be placed under seal pursuant to the Stipulated Protective Order with access limited to parties' counsel only.

**IT IS SO ORDERED.**

Signed: October 18, 2012

Martin Reidinger
United States District Judge