THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv282

| | |
|---|---|
| MERICHEM COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GERALD DAVIS and SUMMIT ) | |
| CATALYST, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Compel Expedited Discovery [Doc. 31].

In light of the expedited nature of the discovery at issue, the Court will direct the Defendants to respond to the Plaintiff's Motion to Compel on an expedited basis.

**IT IS, THEREFORE, ORDERED** that the Defendants shall respond to the Plaintiff's Motion to Compel Expedited Discovery on or before **November 5, 2012.**

**IT IS SO ORDERED.**

Signed: October 26, 2012

Martin Reidinger
United States District Judge