THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-282-MR-DLH

| | |
|---|---|
| MERICHEM COMPANY, )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>)<br>GERALD DAVIS and SUMMIT )<br>CATALYST, LLC, )<br>)<br>**Defendants.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' proposed briefing schedule for the Plaintiff's Motion for Preliminary Injunction [Doc. 38].

In light of the parties' joint proposal, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff shall have leave to file a supplemental brief in support of its Motion for Preliminary Injunction, not to exceed **ten (10) pages**, on or before **November 30, 2012**;

(2) Defendants shall have leave to file a joint response to the Plaintiff's Motion for Preliminary Injunction and supplemental

briefing, not to exceed **twenty-five (25) pages**, on or before **December 7, 2012**;

(3) The Plaintiff shall have leave to file a reply to the Defendants' response, not to exceed **ten (10) pages**, on or before **December 14, 2012**;

(4) All briefs shall be double-spaced and in 14-point font.

**IT IS SO ORDERED.**

Signed: November 12, 2012

Martin Reidinger
United States District Judge