# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00282-MR-DLH

| | |
|---|---|
| **MERICHEM COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>**GERALD DAVIS and SUMMIT** )<br>**CATALYST, LLC,** )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to File Under Seal Plaintiff's Motion and Supporting Memorandum to Exclude Expert Testimony and Supporting Evidentiary Materials [Doc. 55]; Defendants' Amended Motion for Leave to File Under Seal Their Summary Judgment Motion and Supporting Papers [Doc. 58]; and Plaintiff's Consent Motion to File Under Seal Its Memorandum in Support of Plaintiff's Motion for Summary Judgment and Supporting Evidentiary Material [Doc. 60].

Upon consideration of the parties' motions, the Court will allow the parties to file under seal any supporting evidentiary material which has

previously been designated by the parties as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" pursuant to the Protective Order [Doc. 23-1] previously entered in this case.  In all other respects, the parties' motions are denied.

**IT IS, THEREFORE, ORDERED** that the parties' Motions to Seal [Docs. 55, 58, 60] are **GRANTED IN PART** and **DENIED IN PART** as set forth above.

**IT IS SO ORDERED.**   Signed: February 22, 2013

Martin Reidinger
United States District Judge