THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00282-MR-DLH

| | |
|---|---|
| MERICHEM COMPANY, ) ) Plaintiff, ) ) vs. ) ) ) GERALD DAVIS and SUMMIT ) CATALYST, LLC, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Leave to File *Instanter* [Doc. 88].

The Plaintiff requests leave to file *instanter* a memorandum of law in opposition to the Defendants' Motion for Summary Judgment, which conforms with the relief sought in the Plaintiff's Motion for Expansion of Page Limit [Doc. 83]. The Plaintiff is advised that the better practice would have been to request the expansion of the page limit sufficiently in advance of the deadline for the filing of the response so as to permit the Court to rule on the request for an expansion prior to the deadline. In any event,

because the Plaintiff's request for an expansion of the page limit has been denied, the Plaintiff's present request has been rendered moot.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Leave to File *Instanter* [Doc. 88] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: March 19, 2013

Martin Reidinger
United States District Judge