IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 282

| | |
|---|---|
| MERICHEM COMPANY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| GERALD DAVIS and SUMMIT ) | |
| CATALYST, LLC, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Mary Cabell Clay's Application for Admission to Practice *Pro Hac Vice* of Mini Kapoor. It appearing that Mini Kapoor is a member in good standing with the Texas State Bar and will be appearing with Mary Cabell Clay, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Mary Cabell Clay's Application for Admission to Practice *Pro Hac Vice* (#106) of Mini Kapoor is **GRANTED**, and

that Mini Kapoor is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Mary Cabell Clay.

Signed: April 1, 2013

Dennis L. Howell
United States Magistrate Judge